## THE STATE v. DILLARD.

CRIMINAL LAW: THE STATE v. WESTFALL, 49 IOWA, 328, FOLLOWED.

*Appeal from Warren District Court.*

TUESDAY, DECEMBER 16.

*C. C. Cole, Williamson & Parrott*, for appellant.

*J. F. McJunkin, Attorney General*, for the State.

REVERSED.

---

## THE STATE v. DILLARD ET AL.

APPEAL: SERVICE OF NOTICE: PRACTICE.

*Appeal from Madison District Court.*

TUESDAY, DECEMBER 16.

*J. F. McJunkin, Attorney General*, for the State.

*Williamson & Parrott* and *C. C. Cole*, for appellee.

PER CURIAM.—The defendants filed in the court below their motion in this case to supply the notice of appeal, which they alleged had been duly

served and subsequently lost. The case was pending upon appeal in this court.

The court below upon the evidence offered found that a notice of appeal had been served and afterwards lost, and ordered that it be supplied as a lost record in the case. From this order the State appeals. The evidence before the District Court upon the questions involving the existence of the notice, and its service, is conflicting. We cannot, therefore, disturb the order of the court below. It is

AFFIRMED.